657 A.2d 915

**Barbara WENRICH, Individually and as the Administratrix of the Estate of Michael P. Wenrich, Deceased, Petitioner**

**v.**

**Kenneth C. SCHAFFER, Lower Mahanoy Township and Commonwealth of Pennsylvania, Department of Transportation, Respondent.**

Supreme Court of Pennsylvania.

April 17, 1995.

308

## ORDER

PER CURIAM:

AND NOW, this 17th day of April, 1995, the petition for allowance of appeal is granted. The order of the Superior Court is reversed and the case is remanded to the Court of Common Pleas of Northumberland County for proceedings consistent with our decision in *Powell v. Drumheller*, 539 Pa. 484, 653 A.2d 619, decided January 26, 1995.

MONTEMURO, J., is sitting by designation.